# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 28, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140173-4(70)

ALFONSO LIEGHIO, ANNA LIEGHIO,
JOSEPH LIEGHIO, ENZO LIEGHIO,
BRIDGEVIEW INVESTMENTS, INC.,
MOTEL BEACHFRONT PROPERTIES, INC.,
TONY'S SUPER BRIDGEVIEW, INC., and
TONY'S SUPER BEACHFRONT, INC.,
　　　　　Plaintiffs-Appellees,

v

LOVELAND INVESTMENTS and GERALD
LOVELAND, JR.,
　　　　　Defendants-Appellants,

and

GERALD LOVELAND, SR., GAIL DANIELSON,
and GARY SMITH,
　　　　　Defendants.
_____/

SC: 140173-4
COA: 285393; 285394
Cheboygan CC: 04-007306-CK

　　　　　On order of the Court, the motion for reconsideration of this Court's March 29, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2010

_____
Clerk

d0621